UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 11  P 4: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SAKKARA BOGLE-ASSEGAI
NEXT FRIEND, FEMI BOGLE-ASSEGAI
    Plaintiff

v.

CAPITOL REGION EDUCATION
COUNCIL, ET AL
    Defendants

CIVIL ACTION NO.
3-01-cv-2367 (JCH)

MARCH 10, 2004

## ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **The Honorable Ellen Bree Burns** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **New Haven,** and bear the docket number **3-01-cv-2367 (EBB).** Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 10th of March, 2004.

_____
Janet C. Hall
United States District Judge