UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAKKARA BOGLE-ASSEGAI <br> **Plaintiff** <br> V. <br> CAPITOL REGION EDUCATION COUNCIL <br> **Defendants** | CASE NO. <br> 3:01-cv-02367-EBB <br><br> May 2, 2006 |

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

Pursuant to Local Rule 15, the undersigned attorney, Cynthia R. Jennings hereby moves for permission to withdraw from the instant matter as counsel for Plaintiff. WHEREFORE, it is respectfully submitted that this motion for permission to withdraw as Plaintiff's counsel be granted.

**ORAL ARGUMENT IS NOT REQUESTED**

        PLAINTIFF

        By: _____
        CYNTHIA R. JENNINGS, ESQ.,
        THE BARRISTER LAW GROUP, LLC
        211 State Street
        Bridgeport, CT 06604
        Tel: 203-334-4800
        Fax: 203-368-6985
        Email: Cynthia_jennings_law@yahoo.com
        Federal Bar. No. ct21797

## CERTIFICATE OF SERVICE
Rev. 12/1/04

I hereby certify that on May 2, 2006, a copy of foregoing MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF was sent by U.S. mail to the following counsel of record:

Linda L. Yoder
Shipman & Goodwin
One Constitution Plaza
Hartford, CT 06103-1919

By: _____
Cynthia R. Jennings

2
Cynthia R. Jennings, Esq.
THE BARRISTER LAW GROUP, LLC
211 State Street~Bridgeport, CT 06604
(203) 334-4800 (O)   (203) 368-6985 (Fax)
Federal Bar No. ct21797